IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY NEWTON,<br><br>    Plaintiff,<br><br>  v.<br><br>P. ARAPAIA, et al.<br><br>    Defendants. | No. C 05-1204 SBA<br>*(Related to Case No. 04-2959 SBA )*<br><br>**ORDER** |

   The Court having been notified of the settlement between Plaintiff and Defendants Steven Brinkley, Michelle Day, and Kellie Martinzez in the above-captioned action,

   IT IS HEREBY ORDERED THAT all claims asserted in the above-captioned action against Defendants Steven Brinkley, Michelle Day, and Kellie Martinez are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to have Defendants Steven Brinkley, Michelle Day, and Kellie Martinez reinstated to the case, provided that such motion is filed within thirty (30) days of this Order.

   IT IS SO ORDERED.

Dated: 9/27/05

SAUNDRA BROWN ARMSTRONG
United States District Judge