IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLEY NEWTON,   No. C 05-1204 SBA

       Plaintiff,

v.   **ORDER**

P. ARAPAIA, et al.

       Defendants.
_____/

This matter comes before the Court on the January 17, 2006 Order to Show Cause. The Court has read and considered the Certificate of Counsel Howard Moore, which was submitted in response to the Court's January 17, 2006 Order to Show Cause.

For good cause showing,

IT IS HEREBY ORDERED THAT the February 23, 2006 hearing on the Court's Order to Show Cause is VACATED.

IT IS FURTHER ORDERED THAT the parties shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, March 15, 2006 at 3:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff's Counsel shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 2/15/06

                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge