IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY NEWTON, | No. C 05-1204 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| P. ARAPAIA, et al. | |
| Defendants. | |

This matter comes before the Court on the April 14, 2006 Order to Show Cause. The Court has read and considered Plaintiff's Response to Order to Show Cause, which was submitted in response to the Court's Order.

For good cause showing,

IT IS HEREBY ORDERED THAT the May 18, 2006 hearing on the Court's Order to Show Cause is VACATED.

IT IS FURTHER ORDERED THAT the parties shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, June 7, 2006 at 3:30 p.m.** Plaintiff's Counsel shall be responsible for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 5/18/06

SAUNDRA BROWN ARMSTRONG
United States District Judge