UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY NEWTON, | No. C-05-1204 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| P. ARPAIA, *et al.*, | |
| Defendants. _____/ | |

By letter dated November 29, 2006, the designated representative from Defendant CHP, thru its counsel Judith J. Loach, Deputy Attorney General, requested to be excused from personally appearing at the settlement conference scheduled for December 15, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that the Defendant CHP representative be available by telephone from 2:00 p.m. Pacific Time until further notice on December 15, 2006.

///
///
///
///
///
///
///
///

1  If the Court concludes that the absence of the Defendant CHP representative is impeding the
2  settlement conference, the Court may continue the settlement conference and may order personal
3  attendance by each party including the Defendant CHP representative.

5  IT IS SO ORDERED.

7  Dated: December 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge